# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150055

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

XAVIER ERIC SMITH,
       Defendant-Appellant.

SC: 150055
COA: 315031
Wayne CC: 12-009043-FC

_____/

On order of the Court, the application for leave to appeal the July 29, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015


Clerk

d0325